JS-6

-1-
YOUNG CHO
ATTORNEY AT LAW: 189870
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
562/868-5886
FAX: 562/868-5491

ATTORNEY FOR PLAINTIFF
JERRY MORALES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MORALES, | Case No.: EDCV 07-693 JCR |
| Plaintiff, | ORDER RE STIPULATION TO DISMISS |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that the court dismiss the above matter without prejudice.

DATE: 1/18/08

*/s/ John C. Rayburn, Jr.*

_____
THE HONORABLE JOHN C. RAYBURN, JR.
UNITED STATES MAGISTRATE JUDGE